UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:22-cv-00013

ANDREW GARLICK,
DR. THOMAS FOW, and
REBEKAH VOELKELT,

    *Plaintiffs*,

    *v.*

THE REGENTS OF THE UNIVERSITY OF COLORADO,
TODD SALIMAN, in his official capacity as President of University of Colorado,
DONALD M. ELLIMAN, JR., in his official capacity as Chancellor of University of Colorado Anschutz Medical Campus,
MICHELLE MARKS, in her official capacity as Chancellor of University of Colorado Denver,

    *Defendant*s.

## Motion for Preliminary Injunction

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs Andrew Garlick, Dr. Thomas Fow, and Rebekah Voelkelt ("**Students**") move for a preliminary injunction to enjoin Defendants The Regents of the University of Colorado, Todd Saliman, Donald M. Elliman Jr., and Michelle Marks from enforcing its requirement for all University of Colorado students to receive a COVID vaccine ("**CU Mandate**").

Students are likely to succeed on the merits of their claims, as CU's Mandate violates the First and Fourteenth Amendments to the United States Constitution. Specifically, CU's Mandate violates Students' rights of bodily integrity and autonomy, and medical treatment choice. It also violates the Establishment Clause, Free Exercise Clause, and Equal Protection Clause.

**Mot. for Prelim. Inj.**                        1

Students suffer irreparable harm if CU's Mandate is not enjoined because CU's Mandate violates Students' fundamental constitutional rights, which constitutes irreparable harm. Finally, given the significant constitutional injuries here, the public interest favor Students and the balance of tips in their favor.

This Motion is based on Plaintiff's *Preliminary Injunction Memorandum* (attached to *Plaintiffs' Motion for Leave to File Excess Pages*, filed concurrently)*,* pleadings and papers on record herein, and any argument presented at the hearing on this matter.

Pursuant to D.C.COLO.LCivR 7.1, Students' Counsel made a good faith effort to confer with each unrepresented party regarding their position on this Motion. On December 30, 2021, Students' Counsel e-mailed each unrepresented party and University of Colorado's University Counsel, via the contact information provided on the University of Colorado websites, describing this Motion and seeking Defendants' position. In response, Jacquie Rich Fredericks, Assistant Attorney General, indicated that she would be representing Defendants and that they oppose this motion.

Pursuant to Federal Rule of Civil Procedure 65(a), all Defendants have been issued Notice of this Motion via mail and via email.

**WHEREFORE**, Plaintiff prays this Court grant Plaintiffs' Motion for Preliminary Injunction enjoining the Mandate.

| | |
|---|---|
| Dated: January 4, 2022 | Respectfully Submitted, |

/s/ James Bopp, Jr.
James Bopp, Jr., Ind. Bar No. 2838-84
Courtney Milbank, Ind. Bar No. 32178-29
Melena S. Siebert, Ind. Bar No. 35061-15
Joseph Maughon, Va. Bar No. 87799
THE BOPP LAW FIRM
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
jboppjr@aol.com
cmilbank@bopplaw.com
msiebert@bopplaw.com
jmaughon@bopplaw.com
*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on January 4, 2022, I served the foregoing document to the following non-CM/ECF participants via U.S. first class mail:

The Regents of the University of Colorado
1800 Grant Street, Suite 800
Denver, CO 80203

Todd Saliman
President of the University of Colorado
Office of the President
1800 Grant Street, Suite 800
Denver, CO 80203

Donald M. Elliman Jr.
Chancellor, University of Colorado Anschutz
CU Anschutz Chancellor's Desk
13001 E. 17th Place, CG003
Aurora, CO 80045

Michelle A. Marks
Chancellor, University of Colorado Denver
1380 Lawrence Street, Suite 1400
Denver, CO 80204

/s/ James Bopp, Jr.