**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00013-RMR-STV

ANDREW GARLICK,
DR. THOMAS FOW, and
REBEKAH VOELKELT,

      Plaintiffs,
v.

THE REGENTS OF THE UNIVERSITY OF COLORADO,
TODD SALIMAN, in his official capacity as President of University of Colorado,
DONALD M. ELLIMAN, JR., in his official capacity as Chancellor of University of Colorado Anschutz Medical Campus, and
MICHELLE MARKS, in her official capacity as Chancellor of University of Colorado Denver,

      Defendants.

**RESPONSE TO PLAINTIFFS' MOTION TO CONSOLIDATE (ECF NO. 15)**

Defendants, The Regents of the University of Colorado, Todd Saliman, Donald M. Elliman, Jr., and Michelle Marks, in their official capacities (collectively, the "University") submit this Response to Plaintiffs' Motion to Consolidate their request for a preliminary injunction (ECF No. 6) with a trial on the merits.

Defendants do not oppose the consolidation.

1.      The Court may advance a trial on the merits and consolidate it with a hearing on a request for preliminary injunction. Fed.R.Civ.P. 65(a)(2). Consolidation may be appropriate when it appears that a substantial part of the evidence to be offered in a preliminary injunction hearing will also be relevant to the merits. "[S]uch a consolidation generally saves considerable time at trial by eliminating unnecessary evidentiary redundancy." *Citizens Concerned for Separation of Church and State v. City & Cnty. of Denver*, 628 F.2d 1289, 1298 (10th Cir. 1980).

2. Defendants previously indicated they opposed consolidation only because they had not yet had adequate opportunity to review Plaintiffs' pleadings and to begin to marshal their evidence. Currently, Defendants believe that most of the evidence they expect to offer at a hearing on Plaintiffs' request for preliminary injunction is also relevant to the merits. Consolidation of a preliminary injunction hearing and trial on the merits would avoid the repetition of that evidence.

3. Counsel for the parties have conferred and tentatively agreed to a pre-trial schedule that would allow counsel for Defendants a brief period prior to trial to depose the three Plaintiffs and further allow Defendants the opportunity to file a supplemental response to Plaintiffs' Motion for Preliminary Injunction. If the Court determines that consolidation is appropriate, the parties agree to the following:

- The parties agree to Defendants' counsel taking ½ day depositions of each of the three Plaintiffs via a virtual platform, to be completed by February 10, 2022;
- The parties agree that Defendants may file a supplemental response to Plaintiffs' Motion for Preliminary Injunction, with briefing limited to matters discovered during Plaintiffs' depositions, by February 21, 2022. Plaintiffs may file a supplemental reply in support of their preliminary injunction motion by February 25, 2022.

4. Consolidation of Plaintiffs' request for preliminary injunction with a trial on the merits, with the schedule the parties propose, will not prejudice the parties and will promote judicial efficiency.

Respectfully submitted this 19th day of January, 2022.

PHILIP J. WEISER
Attorney General

*/s/ Kathleen Spalding*
JACQUELYNN RICH FREDERICKS*
First Assistant Attorney General
KATHLEEN SPALDING*
Senior Assistant Attorney General
MEGAN PARIS RUNDLET*
Senior Assistant Solicitor General
LAUREN DAVISON*
Assistant Attorney General

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Tel: (720) 508-6171
kit.spalding@coag.gov;
jacquelynn.richfredericks@coag.gov;
megan.rundlet@coag.gov
lauren.davison@coag.gov


*Counsel of Record for Defendants

### CERTIFICATE OF SERVICE

I certify that I served the foregoing RESPONSE TO PLAINTIFFS' MOTION TO CONSOLIDATE (ECF NO. 15) upon all parties herein by filing copies of same using the ECF System, this 19th day of January, 2022 addressed as follows:

James Bopp, Jr.
Courtney Turner Milbank
Melena S. Siebert
Joseph Maughon
The Bopp Law Firm
1 S 6th Street
Terre Haute, IN 47807
jboppjr@aol.com
cmilbank@bopplaw.com
msiebert@bopplaw.com
jmaughon@bopplaw.com

                                               */s/ Carmen Van Pelt*